# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Chadrick D. Mosley, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING STIPULATION TO** |
| vs. ) | **MODIFY SCHEDULING AND** |
| ) | **DISCOVERY PLAN** |
| Alpha Oil and Gas Services, Inc., ) | |
| a North Dakota corporation, and ) | |
| C & G Construction, Inc. of Clearbrook, ) | |
| a Minnesota corporation, ) | Case No. 4:12-cv-056 |
| ) | |
| Defendants. ) | |

On January 15, 2013, the parties files a Stipulation to Modify Scheduling and Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 17). The pretrial deadlines shall be amended as follows:

1. The parties shall have until April 15, 2013, to complete fact discovery and to file discovery motions.

2. Plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before May 13, 2013. Defendant shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before June 10, 2013.

3. The parties shall have until July 19, 2013, to complete discovery depositions of expert witnesses.

4. Plaintiff shall have until May 13, 2013, to file a motion to amend the pleadings to seek punitive damages.

5. The parties shall have until May 13, 2013, to file other nondispositive motions (e.g., consolidation, bifurcation).

1

6. The parties shall have until <u>May 1, 2013</u>, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

7. The parties shall have until <u>June 10, 2013</u>, to file other dispositive motions (summary judgment as to all or part of the case).

Dated this 16th day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court