# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Chadrick D. Mosley,<br><br>   Plaintiff,<br><br>vs.<br><br>Alpha Oil and Gas Services, Inc.,<br>a North Dakota Corporation,<br><br>and<br><br>C & G Construction, Inc. of<br>Clearbrook, a Minnesota<br>corporation,<br><br>   Defendants. | **ORDER**<br><br><br><br>Case No. 4:12-cv-056 |

  Before the court is a "Stipulation to Dismiss Claims against Defendant C & G Construction, Inc. of Clearbrook" filed by the parties on June 10, 2013.  The court adopts the parties' stipulation (Docket No. 23).  Plaintiff's claims against Defendant C & G Construction, Inc. of Clearbrook are dismissed without any award of attorneys fees or costs to either party.  The foregoing dismissal shall not affect plaintiff's ongoing claims against Alpha Oil and Gas Services, Inc.

  **IT IS SO ORDERED.**

  Dated this 14th day of June, 2013.

                  */s/ Charles S. Miller, Jr.*
                  Charles S. Miller, Jr., Magistrate Judge
                  United States District Court