**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Chadrick D. Mosley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Alpha Oil and Gas Services, Inc., ) | |
| a North Dakota Corporation, ) | |
| ) | Case No. 4:12-cv-056 |
| and ) | |
| ) | |
| C & G Construction, Inc. of ) | |
| Clearbrook, a Minnesota ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

Before the court is a "Stipulation to Dismiss Claims against Defendant C & G Construction, Inc. of Clearbrook" filed by the parties on June 10, 2013. The court adopts the parties' stipulation (Docket No. 23). Plaintiff's claims against Defendant C & G Construction, Inc. of Clearbrook are dismissed without any award of attorneys fees or costs to either party. The foregoing dismissal shall not affect plaintiff's ongoing claims against Alpha Oil and Gas Services, Inc.

**IT IS SO ORDERED.**

Dated this 14th day of June, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court