**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charick D. Mosley, | ) | |
| | ) | **ORDER SETTING PRETRIAL** |
| Plaintiff, | ) | **DEADLINES** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alpha Oil and Gas Services, Inc., | ) | |
| a North Dakota Corporation, et al. | ) | Case No. 4:12-cv-056 |
| | ) | |
| Defendant. | ) | |

Pursuant to the agreement of the parties, the court **ORDERS** that the deadline for filing motions in limine shall be extended to August 30, 2013. The remaining pretrial deadlines set in the "Order for Final Pretrial Conference" (Docket No. 15) remain in effect.

**IT IS ORDERED.**

Dated this 17th day of July, 2013.

                                                         */s/ Charles S. Miller, Jr.*
                                                         Charles S. Miller, Jr.
                                                         United States Magistrate Judge