**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Chadrick Mosley, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Alpha Oil and Gas Services, Inc., a North ) <br> Dakota corporation, ) <br> ) <br> Defendant. ) | **ORDER ADOPTING STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Case No. 4:12-cv-056 |

On October 10, 2013, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties stipulation (Docket No. 76) and **ORDERS** that above-entitled action be **DISMISSED** with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court