## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Chadrick Mosley, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **ORDER ADOPTING STIPULATION** ) **FOR DISMISSAL WITH PREJUDICE** ) |
| Alpha Oil and Gas Services, Inc., a North Dakota corporation, | ) ) ) |
| | ) Case No. 4:12-cv-056 |
| Defendant. | ) |

On October 10, 2013, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties stipulation (Docket No. 76) and **ORDERS** that above-entitled action be **DISMISSED** with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2013.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court